**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL ROSADO,

                Plaintiff,                24 **CIVIL** 1762 (RFT)

      -v-                           **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 12, 2024, the final decision of the Commissioner is reversed and the above-captioned action is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:** New York, New York
          August 12, 2024

                                                              **DANIEL ORTIZ**
                                                         **Acting Clerk of Court**

                       **BY:**         *K. Mango*

                                                             **Deputy Clerk**