UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ROSADO,

              Plaintiff,

   -against-

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

              Defendant.

24-CV-1762 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant is ORDERED to file a response to Plaintiff's motion by **February 23, 2026**.

Plaintiff's reply, if any, is due by **March 9, 2026.**

DATED:  February 9, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge