UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ROSADO,<br><br>        Plaintiff,<br><br>  -against-<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | 24-CV-1762 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Before me is Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b), filed on January 29, 2026 (the "Motion"). (ECF 20.) Counsel filed with the Motion a Notice of Award letter (ECF 20-1), fee agreement (ECF 20-2), billing timesheet (ECF 20-3), and a proposed order awarding attorney's fees (ECF 20-4). I have reviewed Counsel's submissions and determined that they do not contain all the information necessary to grant the Motion.

### Deficiency in Plaintiff's Submissions

The Second Circuit has held that the 14 -day filing period for seeking attorney's fees set forth in Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure applies to attorney's fees under 42 U.S.C. § 406(b); the filing period runs from the date on which the notice of award is received, and the period also may be subject to equitable tolling. *See Sinkler v. Berryhill*, 932 F.3d 83, 85 (2d Cir. 2019). In Counsel's declaration supporting the Motion, Counsel affirmed that the Motion is timely because Counsel received the final Notice of Award letter from Plaintiff's administrative level counsel on January 15, 2026. (ECF 20, Treyvus Decl. ¶ 5). However, the

Notice of Award filed with the motion is dated October 4, 2025 (ECF 20-1, Not. of Award), and Counsel has not submitted any documentation of either receiving the Notice of Award on January 15, 2026 or a Notice of Award letter dated on or around January 15, 2026; nor has Counsel submitted any evidence that the filing period should be subject to equitable tolling. Thus, Counsel has not demonstrated that the Motion was timely.

### **Order to Supplement**

Having failed to provide the evidence required to grant the Motion, Counsel will be afforded an opportunity, in the interest of justice, to supplement the record with evidence that the Motion was timely or that equitable tolling is proper. Counsel shall make a supplemental submission in further support of the Motion that provides proof that the Motion was timely or that equitable tolling is proper on or before **March 6, 2026**.

DATED:  February 27, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge